# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



|  |  |
|---|---|
| | Plaintiff, |
| Nexus International Broadcasting, Inc. | |
| -v- | |
| Satelites Mexicanos, S.A. de C.V. | |
| | Defendant. |

Case No._____

**Rule 7.1 Statement**

RECEIVED
FEB 15 2008
U.S.D.C. ....... N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court
to evaluate possible disqualification or recusal, the undersigned counsel for

Nexus International Broadcasting, Inc.                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of
said party, which are publicly held.

Nexus International Broadcasting, Inc, has no corporate parents, affiliates or subsidiaries that are publicly
held.

**Date:**     February 15, 2008
_____

_____
Signature of Attorney

**Attorney Bar Code:** (ML 4686)
_____