

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXUS INTERNATIONAL BROADCASTING, INC.,<br>Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| SATELITES MEXICANOS, S.A. de C.V.<br>Defendants. | 08 CV 1591 (LAP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25th day of April, 2008**

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**21st day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7993 1369 6451**

*J. Michael McMahon*
CLERK

Dated: New York, NY

**BECKER, GLYNN, MELAMED & MUFFLY LLP**
299 PARK AVENUE
NEW YORK, NEW YORK 10171

ROBERT C. MUFFLY
ROBIN L. ALPERSTEIN
RICHARD S. BASHNER
RICHARD N. CHASSIN
MICHAEL J. DOUGHERTY
PETER M. HOSINSKI
ZEB LANDSMAN

ATTORNEYS AND COUNSELLORS AT LAW

TELEPHONE (212) 888-3033
FACSIMILE (212) 888-0255
www.beckerglynn.com

JOSEPH D. BECKER
BONNIE R. KLUGMAN
OF COUNSEL

STEPHEN PARKER BUHOFER
JESSE T. CONAN
KARIN P.E. GUSTAFSON

---

FedEx | Ship Manager | Label 799313696451                                   Page 1 of 1

From: Origin ID: JHCA (212) 888-3033
Joni Sacco
Becker Glynn Melamed & Muffly
299 Park Ave FL 16

New York, NY 10171
UNITED STATES

SHIP TO: 212 888-3033    BILL SENDER

Satelites Mexicanos, S.A. de C.V.
Rodolfo Gaona 86 - Piso 4
Col. Lomas de Stelo

Mexico, DF 11020
MX

Ship Date: 24APR08
ActWgt: 0.5 LB
System#: 1093597/INET8011
Account#: S *********       TotWgt: 0 LB

REF: 6639.001
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: USD
T/C: S 111428352    D/T: S 111428352
SIGN: Joni Sacco
EIN/VAT:

TRK# 0430  7993 1369 6451    INTL PRIORITY    PM

11020
-MX
TLC

X7 NLUA




These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

MINIMUM 35% POST CONSUMER CONTENT

for international shipments, call your local FedEx office...

© 2005 FedEx 155476/155475 REV 9/05 RT