# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000

FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX 202-835-7586

LONDON
020-7615-3000
FAX 020-7615-3100

FRANKFURT
49-69-71914-3400
FAX 49-69-719 4-3500

MUNICH
49-89-25559-3800
FAX 49-89-25559-3700

RICHARD ROSBERGER
OF COUNSEL
DIRECT DIAL NUMBER
212 530-5729
FAX: 212-822-5729
E-MAIL: rrosberger@milbank.com

BEIJING
8610-5123-5120
FAX 8610-5123-5191

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65 6428 2500

TOKYO
813-3504-1050
FAX 813-3595-2790

May 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/08

**VIA FACSIMILE (212-805-7941)**
Honorable Loretta A. Preska
United States District Court
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    Nexus International Broadcasting, Inc. v. Satelites Mexicanos, S.A. de C.V., 08 Civ. 01591 (LAP)

Dear Judge Preska:

    I write respectfully on behalf of Satelites Mexicanos, S.A. de C.V. ("Satmex") to request a 30-day extension of time for Satmex to answer, respond to, or move against plaintiff's complaint in the above-referenced action, from May 19, 2008 to June 18, 2008. I have spoken with plaintiff's counsel and he consents to this request. This is Satmex's first request for an extension of time to respond to plaintiff's complaint.

    Thank you for your consideration of this request.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 16, 2008

Respectfully,

*[signature]*
Richard E. Rosberger
Tel: (212) 530-5729
Fax: (212) 822-5729

cc: Zeb Landsman (by facsimile; 212-888-0255)