UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEXUS INTERNATIONAL
BROADCASTING, INC.,

            Plaintiff,

     v.

SATELITES MEXICANOS,
S.A. de C.V.

            Defendant.
-----------------------------------------------------------X

Civil Action

Case No. 08-01591

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

IT IS HEREBY STIPULATED and AGREED by the parties that the time for Nexus International Broadcasting, Inc. to answer or otherwise respond to the counterclaims of Satelites Mexicanos, S.A. de C.V. is extended to July 30, 2008.

Dated: July 8, 2008.

BECKER, GLYNN, MELAMED &
MUFFLY LLP
Attorneys for Plaintiff/Counterclaim-
Defendant

By: _____
    Zeb Landsman
299 Park Avenue
New York, New York 10171
(212) 888-3033

MILBANK, TWEED, HADLEY &
McCLOY LLP
Attorneys for Defendant/Counterclaim-
Plaintiff

By: _____
    Richard E. Rosberger
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

SO ORDERED

_____
Loretta A. Preska, U.S.D.J.

July 8, 2008